No. 3108.—THE STATE OF LOUISIANA v. LAURENT FRANK.

23a 213
45 1177
23 213
Case 1
114 87

In a criminal trial for a capital offense, the jurors are not permitted to separate; and if a separation takes place, misconduct and abuse will always be presumed and a new trial ordered.

APPEAL from the Fourth Judicial District, parish of St. Charles. *Beauvais*, J. *John A. Cheevers*, District Attorney, for the State. *R. King Cutler* and *F. B. Earhart*, for defendant and appellant.

WYLY, J. On an indictment for murder the defendant was tried and convicted of manslaughter, and, being sentenced to the Penitentiary for ten years, he has appealed.

On a motion for new trial it was shown that there was a separation of the jury twice during the progress of the trial. In capital cases it is well settled, that jurors are not permitted to separate, and that upon a separation misconduct and abuse will always be presumed. State v. Hornsby, 8 R. 554; State v. Crosby, 4 An. 435; State v. Evans, 2？ An. 321.

It is therefore ordered that the judgment appealed from be set aside and annulled, and that this case be remanded for new trial, and to be proceeded in according to law.